The Honorable Robert S. Lasnik
Magistrate S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT ARANT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOEING EMPLOYEES' CREDIT UNION,<br><br>Defendant. | No. C22-0938-RSL-SKV<br><br>STIPULATED MOTION TO AMEND BRIEFING SCHEDULE & [PROPOSED] ORDER<br><br>Noted for Consideration:<br>August 26, 2022 |

## I.   STIPULATION

**1.** On August 18, 2022, the parties conferred regarding the subject of Defendant's anticipated motion to dismiss.

**2.** Based on that meet and confer, the parties have agreed to request an extension of the standard briefing schedule under LCR 7 to accommodate the filing of the motion to dismiss.

**3.** Therefore, the parties to this action, by and through their undersigned counsel, stipulate and agree to the following amended briefing schedule:

| Event | Deadline |
|---|---|
| Defendant to file motion to dismiss | 9/2/2022 |

STIP. TO AMEND BRIEFING SCHEDULE
& [PROPOSED] ORDER (C22-0938) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| Plaintiff to file any opposition briefing to motion to dismiss | 9/30/2022 |
| Defendant to file any reply briefing to motion to dismiss | 10/17/2022 |
| Noting date for Defendant's motion to dismiss | 10/17/2022 |

IT IS SO STIPULATED.

DATED this 26th day of August, 2022.

Davis Wright Tremaine LLP
Attorneys for BECU

By *s/Fred B. Burnside*
Fred B. Burnside, WSBA # 32491
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
E-mail: fredburnside@dwt.com

Tim Cunningham, WSBA #50244
1300 SW 5th Ave Ste 2400
Portland, OR 97201-5682
E-mail: timcunningham@dwt.com

By *s/* Kira M. Rubel
Kira M. Rubel, WSBA #51691
3615 Harborview Dr., Suite C
Gig Harbor, WA 98332
E-mail: kira@theharborlawgroup.com

STIP. TO AMEND BRIEFING SCHEDULE
& [PROPOSED] ORDER (C22-0938) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

This matter came before the Court on the parties' Stipulated Motion to Amend Briefing Schedule.

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Defendant shall file its Motion to Dismiss by September 2, 2022;

Plaintiff shall file any opposition to the Motion to Dismiss by September 30, 2022;

Defendant shall file any Reply in Support of the Motion to Dismiss by October 17, 2022.

DATED this 30th day of August, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

STIP. TO AMEND BRIEFING SCHEDULE
& [PROPOSED] ORDER (C22-0938) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax